UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

       Plaintiffs,

vs.

Mechanical Test and Balance of Minnesota
Corp.,

       Defendant.

_____

Civil File No.: 11-cv-00552 (PAM/JJG)

**ORDER FOR**
**<u>DISMISSAL</u>**

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated:  April 27 , 2011      BY THE COURT:

                                  <u>s/Paul A. Magnuson</u>
                                  The Honorable Paul A. Magnuson
                                  United States District Court Judge